IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARL NAHLIK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Civil No.   15-cv-1417-JPG-CJP |
| CAROLYN W. COLVIN, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and against plaintiff Carl Nahlik.

**DATED:**   1/11/2017

**JUSTINE FLANAGAN,**
**Acting Clerk of Court**

**BY:** *s/Tina Gray*, **Deputy Clerk**

**Approved:**

*s/J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**